**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| LINH VAN DUONG, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. 1:25-cv-466 (CMH/WEF) |
| USCIS, *et al.*, | ) | |
| *Defendants*. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services ("USCIS") adjudicated and approved Plaintiffs' Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status. Accordingly, the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 24, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

/s/
YUE HE
Va. Bar. No. 100040
Pachuta & Kammerman, PLLC
3541 Chain Bridge Road
Suite 208
Farifax, Virginia 22030
Tel: 703-822-4701
Email: yhe@pklegal.com

/s/
LINH DO

/s/
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3831
Fax: (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendants*

Ga. Bar No. 891155
Do Law Office
4500 Satellite Boulevard
Suite 1160
Duluth, Georgia 30096
Tel: 678-224-8967
Email: linh@dolawoffice.com
*PRO HAC VICE*
*Counsel for Plaintiffs*

So ordered: Claude M. Hilton
Claude M. Hilton
United States District Judge

July 28, 2025
Alexandria, Virginia